UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NINA KINDER,

      Plaintiff,

v.                                    Case No:  2:15-cv-307-FtM-38DNF

ALLERGY & ARTHRITIS
TREATMENT CENTERS, LLC,

      Defendant.

_____/

## ORDER[1]

This matter comes before the Court on Plaintiff Nina Kinder and Defendant Allergy & Arthritis Treatment Centers, LLC's Joint Stipulation for Dismissal With Prejudice (Doc. #11) filed on June 26, 2015.  The parties file this stipulation under Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. #11), which provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  "The district court enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2)." *Pontenberg v. Boston Scientific Corp.*, 252 F.3d 1253, 1255 (11th Cir. 2001) (citation omitted).  "[I]n most cases a dismissal should be granted unless the defendant will suffer clear legal prejudice, other than the mere prospect of a subsequent lawsuit, as a result." *McCants v. Ford Motor Co., Inc.*, 781 F.2d 855, 856-57 (11th Cir. 1986).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Here, Plaintiff initiated this suit on May 15, 2015. (Doc. #1). The parties now stipulate to an order by the Court to dismiss this case with prejudice and with each side to bear its own fees and costs. (Doc. #11). Under these circumstances, the Court finds dismissing this case with prejudice to be warranted.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Nina Kinder and Defendant Allergy & Arthritis Treatment Centers, LLC's Joint Stipulation for Dismissal With Prejudice (Doc. #11) is **GRANTED**. The above-captioned case is **DISMISSED with prejudice**.

(2) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any pending motions, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of June, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record